[NON-PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-16347

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 19, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-80324 CV-JIC

HGI ASSOCIATES, INC.,

Plaintiff-Appellant,

versus

MICROSOFT CORPORATION,
A Washington corporation,
MICROSOFT LICENSING, INC.,
A Nevada corporation,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(February 19, 2008)**

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

This is an appeal from an order granting the defendants summary judgment. The plaintiff contends that the district court erred:

1) in holding that res judicata barred its claim for punitive damages; and

2) in holding that collateral estoppel barred its claim for compensatory or punitive damages.

After hearing oral argument, we conclude that the court committed no error in granting the defendants summary judgment.

AFFIRMED.